NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CLIFFORD L. LEE, II,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

2011-7165

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1119, Judge Robert N. Davis.

**ON MOTION**

**ORDER**

Eric K. Shinseki, Secretary of Veterans Affairs moves for a 14-day extension of time, until December 19, 2011, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 2 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Clifford L. Lee, II
     Steven M. Mager, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 2 2011

JAN HORBALY
CLERK